B.

## Price *v.* Evers.

IN the Court of Errors, 1796. Error from the Supreme Court on a Judgment in *Affumpfit* by Default. The Plaintiff in the Court below had in the *in toto attingens* on the Roll, taken Judgment for Six-pence lefs than the Amount of the Damages and Cofts found by the Jury, and the Cofts of Increafe. The following Judgment was thereupon entered in this Court, viz. " This " Court having heard Counfel on both Sides, and " due Confideration having been had of what was " offered on either Side in this Caufe, and one of " the Caufes of Error affigned being a *mifcafting* " by the Defendant ·in Error, It is thereupon *or-* " *dered* by this Court, that the Record in this " Caufe be amended, whereby to correct fuch mif- " cafting, as follows, that is to fay, by ftriking out " the Word *ten* in the Judgment between the " Word *Pounds* and the Word *Shillings*, and in- " ferting the Word *eleven* inftead thereof; and by " ftriking out the Words *and Six-pence*, after the " faid Word *Shillings*. And it is thereupon fur- " ther ordered and adjudged by this Court, that

G

" the faid Judgment given in the faid Supreme
" Court be and hereby is affirmed : and that the
" Tranfcript of the faid Record fo amended, be re-
" mitted, to the End that the Record remaining in
" the faid Supreme Court be alfo amended in like
" manner : and that Execution may be thereupon
" had accordingly. And it is further *ordered*,
" that the Defendant in Error pay to the Plaintiff
" in Error, his Cofts of profecuting the faid Writ
" of Error to be taxed."

B.